■ In the Matter of ROBIN M. CROSS, Appellant, et al., Petitioners, v WILLIAM H. DAVIS, Respondent. (Appeal No. 3.) [758 NYS2d 884] —Appeal from an order of Family Court, Ontario County (Harvey, J.), entered March 5, 2001, which, inter alia, dismissed the petition alleging violation of an order of visitation.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs (*see Matter of Cross v Davis*, 298 AD2d 939 [2002]). Present—Pigott, Jr., P.J., Green, Wisner, Burns and Lawton, JJ.

■ In the Matter of STEVEN DI FEDERICO, Appellant, v JULIE DI FEDERICO, Respondent. [758 NYS2d 884] —Appeal from an amended order of Family Court, Cayuga County (Fandrich, J.), dated May 21, 2002, which modified petitioner's visitation.

It is hereby ordered that the amended order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Family Court, Cayuga County, Fandrich, J. Present—Pigott, Jr., P.J., Green, Wisner, Burns and Lawton, JJ.